IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : CIVIL ACTION NO. 2:02-mc-00192-UJ <br> : |
| PAGEL MECHANICAL, INC. | : <br> : |
| Defendant. | : |

**PRAECIPE TO MARK JUDGMENT SATISFIED**

TO THE CLERK:

    Please mark the captioned matter as JUDGMENT SATISFIED.

                                   Respectfully submitted,

Date:  June 13, 2003

                                   **O'DONOGHUE & O'DONOGHUE**
                                   Constitution Place, Suite 515
                                   325 Chestnut Street
                                   Philadelphia, PA  19106
                                   Telephone (215) 629-4970
                                   Facsimile (215) 629-4996

                            By:         _____
                                       Robert P. Curley
                                       Attorney I.D. No. 55760

                            By:         _____
                                       David D. Capuano
                                     Attorney I.D. No. 70238

                                     Attorneys for Plaintiffs